# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154834(47)

BROTHER CONSTRUCTION, LLC,
   Plaintiff/Counterdefendant,

v

BABUBHAI B. RATHOD and SHAILA B.
RATHOD,
   Defendants/Counterplaintiffs/Cross
   Plaintiffs/Third-Party Plaintiffs-
   Appellants,

v

ASSURANCE COMPANY OF AMERICA,
   Defendant/Cross Defendant-
   Appellee,
and

AL BOURDEAU INSURANCE SERVICES, INC.
   Defendant/Third-Party Defendant-
   Appellee,
and

VIJAY RAJESH JOSHI, AUTO OWNERS
INSURANCE COMPANY, d/b/a HOME
OWNERS INSURANCE COMPANY, and
MELTON INSURANCE SERVICES, d/b/a
MELTON MCFADDEN INSURANCE
AGENCY,
   Third-Party Defendants.
_____/

SC: 154834
COA: 323380
Ingham CC: 11-001253-CK

   On order of the Chief Justice, the motion of defendant/third-party defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before January 21, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2016



Clerk